# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01906-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

**ZACHARY LOUIS MARNER**,

    Plaintiff,

v.

**DANIEL NGUYEN**,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff Zachary Louis Marner currently resides in Aurora, Colorado. On September 2, 2015, he submitted yet another Complaint in this Court. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted document is deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:

  (1)    _X_    is not submitted
  (2)    _X_    is not on proper form (must use the Court's current form)
  (3)    _X_    is missing original signature by Plaintiff
  (4)    _X_    is missing affidavit
  (5)    _X_    affidavit is incomplete
  (6)    _X_    affidavit is not properly notarized
  (7)    ___    names in caption do not match names in caption of complaint, petition or application
  (8)    _X_    other: In the alternative, Plaintiff may pay the $400 filing fee.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

**FURTHER ORDERED** that Plaintiff shall obtain the Court-approved form used in filing an Application to Proceed in District Court without Prepaying Fees or Costs, along with the applicable instructions, at [www.cod.uscourts.gov](www.cod.uscourts.gov), and use the form to cure the above noted deficiencies.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED September 3, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge