IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01906-LTB

**ZACHARY LOUIS MARNER**,

    Plaintiff,

v.

**DANIEL NGUYEN**,

    Defendant.

**ORDER OF DISMISSAL**

    Plaintiff Zachary Louis Marner currently resides in Aurora, Colorado. Plaintiff initiated this action by filing *pro se* a Complaint but he failed to pay the required filing fee or file an Application to Proceed in District Court Without Prepayment of Fees or Costs Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court determined that Mr. Marner's pleadings were deficient. In an order entered on September 3, 2015, Magistrate Judge Gordon P. Gallagher directed Plaintiff to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Gallagher ordered Plaintiff to file a request to proceed in forma pauperis pursuant to § 1915 on proper Court-approved forms or pay the requisite filing fee. (ECF No. 3). That Order specifically informed Mr. Marner that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    The Court finds that Plaintiff has failed to cure the deficiencies within the time allowed. Because Plaintiff now has failed to comply with the September 3, 2015 Order within the time allowed and fails to assert a reason why he is unable to do so, the Court

will dismiss the action for failure to comply with a Court order and to prosecute.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma paupers* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pampers* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

**ORDERED** that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies, for failure to follow a court order and for failure to prosecute. It is

**FURTHER ORDERED** that leave to proceed *in forma pampers* on appeal is denied.

DATED at Denver, Colorado, this  7th  day of    October    , 2015.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court